# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **DASHONE M. REYNOLDS** | **CIVIL DOCKET NO. 6:23-CV-00242** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **RAYBURN CORRECTIONAL CENTER, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 11] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this Plaintiff's COMPLAINT [Doc. 6] and AMENDED COMPLAINT [Doc. 10] be DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 31st day of July 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE